**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ANTHONY S. NORMAN,**

        **Plaintiff,**

       v.                                 9:09-cv-0511

**SERGEANT WEST, et al.,**

        **Defendants.**
_____

**APPEARANCES:**                              **OF COUNSEL:**

ANTHONY S. NORMAN
429 W. 154th Street #1
New York, NY 10032
Plaintiff *pro se*

HON. ANDREW M. CUOMO              ADELE M. TAYLOR-SCOTT, ESQ.
Attorney General for the State of New York
The Capitol
Albany, NY 12224
Counsel for Defendants

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

**<u>ORDER</u>**

    The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 20th day of July 2010.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

    After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

    ORDERED that:

    1. The Report-Recommendation is hereby adopted in its entirety.

  2. The Defendants' motion to dismiss for failure to state a claim (Dkt. No. 26) is granted with prejudice as to the claims against Defendants West and Schiff and with leave to amend the claims against Defendants Volpe and Barse.

  3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

  **IT IS SO ORDERED.**

Dated: August 24, 2010
   Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge